**EXHIBIT C**

| Almirante Storni | | GAT | | | |
|---|---|---|---|---|---|
| Statement of Accounts | | | | | |
| | | | | DEBIT, USD | CREDIT, USD |
| **CHARTER HIRE PERIOD** | | Rate, USD/day : | 14.000 Days | | |
| | From: 05.03.2021 17:42 | UTC | | | |
| | To: 19.04.2021 17:42 | UTC | 45,000 | | 630.000,00 |
| Add com: | 3,75% | | | 23.625,00 | |
| | C/V/E: | 1.500,00 USD | | | 2.219,18 |
| | | | | | |
| **CHARTER HIRE PERIOD** | | Rate, USD/day : | 13.300 Days | | |
| | From: 19.04.2021 17:42 | UTC | | | |
| | To: 27.09.2022 14:42 | UTC | 525,875 | | 6.994.137,50 |
| Add com: | 5,00% | | | 349.706,88 | |
| | C/V/E: | 1.500,00 USD | | | 25.933,56 |
| **CHARTER HIRE PERIOD HULL CLEANIN** | | Rate, USD/day : | 13.300 Days | | |
| | From: 29.09.2022 23:48 | UTC | | | |
| | To: 01.10.2022 16:45 | UTC | 1,706 | | 22.693,12 |
| | 5,26 MT MGO | @ 1321 USD | | | 6.948,46 |
| | C/V/E: | 1.500,00 USD | | | 84,14 |
| **Off Hire Savannah** | | Rate, USD/day : | 13.300 Days | | |
| | From: 09.10.2021 14:53 | LT | | | |
| | To: 10.10.2021 09:08 | LT | 0,760 | 10.113,54 | |
| Add com: | 5,00% | | | | 505,68 |
| | C/V/E: | 1.500,00 USD | | 37,50 | |
| **Off Hire Sweden various crane breakdown** | | Rate, USD/day : | 13.300 Days | | |
| | From: 12.11.2021 12:00 | LT | | | |
| | To: 12.11.2021 21:00 | LT | 0,375 | 1.246,88 | |
| Add com: | 5,00% | | same basis pro rate | | 62,34 |
| | C/V/E: | 1.500,00 USD | | 18,49 | |
| **Off Hire Sweden** | | Rate, USD/day : | 13.300 Days | | |
| | From: 04.12.2021 14:45 | LT | | | |
| | To: 09.08.2022 20:00 | LT | 248,219 | 3.301.309,38 | |
| Add com: | 5,00% | | | | 165.065,47 |
| | C/V/E: | 1.500,00 USD | | 12.240,92 | |
| quntities on board when fire occured | | VLSFO: | 596,71 mt | | |
| | | MGO: | 52,10 mt | | |
| | | | | | |
| quantiites on board when vessel went back on hire | | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | VLSFO: | 597,03 mt |  |  |
|  | MGO: | 80,88 mt |  |  |
| balance in Owners favour | VLSFO @ 1.119 USD | 0,32 mt |  | 358,08 |
|  | MGO @ 1.321 USD | 28,78 mt |  | 38.018,38 |

**BUNKERS ON DELIVERY**

| | | | | |
|---|---|---|---|---|
| VLSFO | 636,760 mts | 519,00 USD |  | 330.478,44 |
| MGO | 77,660 mts | 605,00 USD |  | 46.984,30 |

**BUNKERS ON REDELIVERY**

| | | | | |
|---|---|---|---|---|
|  |  | Malta Platts Price 27th Sept |  |  |
| VLSFO | 283,190 mts | 638,00 USD | 180.675,22 |  |
| MGO | 30,800 mts | 1.012,00 USD | 31.169,60 |  |

**OWNERS EXPENSES**

**CHARTERERS EXPENSES**

| | | | | |
|---|---|---|---|---|
| 20210008 | HS 5 |  |  | 37.339,29 |
| 20210002 | HS 18 |  |  | 2.500,00 |
| 20210002 | HS 18 |  |  | 2.500,00 |
| 20210003 | HS17 |  |  | 19.590,00 |
| 20210005 | HS 17 |  | 9.795,00 |  |
| 20210006 | HS 18 |  |  | 736,00 |
| 20210007 | HS 18 |  |  | 2.500,00 |
| 20210008 |  |  |  | 800,00 |
| 20210009 |  |  |  | 1.137,07 |
| hull cleaning |  |  |  | 114.500,00 |

**REMITTANCES DONE BY CHARTERERS**

| | |
|---|---|
| 1st Hire | 580.327,47 USD |
| 2nd Hire | 202.864,73 USD |
| 3rd Hire | 202.864,73 USD |
| 4th Hire | 202.864,73 USD |
| 5th Hire | 215.004,02 USD |
| 6th Hire | 190.264,73 USD |
| 7th Hire | 190.264,73 USD |
| 8th Hire | 190.264,73 USD |
| 9th Hire | 190.264,73 USD |
| 10th Hire | 190.264,73 USD |
| 11th Hire | 190.264,73 USD |
| 12th Hire | 190.264,73 USD |
| 13th Hire | 190.264,73 USD |
| 14th Hire | 190.264,73 USD |
| 15th Hire | 190.264,73 USD |

| | | | |
|---|---|---|---|
| 16th Hire | 190.264,73 USD | | |
| 17th Hire | 190.082,57 USD | | |
| 18th Hire | 10.623,56 USD | | |
| | 3.697.543,84 USD | 3.697.543,84 | |
| | | 7.617.482,24 | 8.445.091,02 |
| **BALANCE DUE TO OWNERS :** | | | **827.608,78** |