# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

-----------------------------------------------------------------------x

**MS "PUCON" Schifffahrtsgesellschaft mbH & Co. KG**

**Plaintiff,**

-against-   Case No.: 4:22-CV-01227

**Global American Transport LLC**

**Defendant.**

-----------------------------------------------------------------------x

## WRIT OF MARITIME ATTACHMENT AND GARNISHMENT
(Summons & Process of Attachment)

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the Marshal of the Eastern District of Missouri, or to his lawful Deputy,

GREETINGS:

A Verified Complaint has been filed in this Court on the 17th of November, 2022, numbered and entitled as above, with a claim for damages in the amount of $1,075,891.41, together with a prayer for attachment, and accompanied by a declaration that the Defendant in this suit, Global American Transport LLC, cannot be found within this District:

NOW THEREFORE, you are hereby commanded to attach the Defendant's goods and chattels, or debts, credits, and effects in your District, to the amount sued for, held in the hands of garnishees, specifically, the Garnishee listed in Schedule A of the Verified Complaint.

If tangible property is attached, you shall take it into your possession for safe keeping unless the character or situation of the property is such that the taking of actual possession is impracticable, in which case you shall execute this process by affixing a copy thereof to the

property in a conspicuous place and by leaving a copy of the Complaint and process with the person having possession or his agent.

Plaintiff agrees to release and hold harmless, and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the attachment of tangible property.

St. Louis, Missouri, on the 17th day of November, 2022.

By:_____
DEPUTY CLERK

NOTE: Rule B(3)(b) of the SUPPLEMENTAL FEDERAL RULES OF CIVIL PROCEDURE provides: "The defendant shall serve his answer within 30 days after process has been executed, whether by attachment of property or service on the garnishee."

ISSUED FOR:

Steven T. Walsh
Timothy B. Niedbalski
Sandberg Phoenix & von Gontard
600 Washington Avenue - 15th Floor
St. Louis, MO  63101-1313
314-231-3332
314-241-7604 (Fax)
*Attorneys for Plaintiff,*
*MS "PUCON" Schifffahrtsgesellschaft mbH & Co. KG*