UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
-----------------------------------------------------------------x

MS "PUCON" Schifffahrtsgesellschaft mbH & Co. KG

Plaintiff,

-against-

Case No.: 4:22-CV-01227

Global American Transport LLC

Defendant.

-----------------------------------------------------------------x

## ORDER FOR WRIT OF MARITIME ATTACHMENT AND GARNISHMENT PURSUANT TO SUPPLEMENTAL ADMIRALTY RULE B

The Court, having considered the Verified Complaint for issuance of process of maritime attachment and garnishment and the required declaration, and finding the conditions for an action under Supplemental Admiralty Rule B appear to exist, has determined that Plaintiff's Application for Writ of Maritime Attachment and Garnishment pursuant to Admiralty Rule B should be, and is, GRANTED.

IT IS ORDERED that the Clerk of this Court is instructed to issue a Writ of Maritime Attachment and Garnishment, as prayed for in the Verified Complaint, against all assets, cash, funds, accounts, assets in checking, savings, escrow or other accounts, credits and/or debits, balances, certificates of deposit, claims, contents of safety deposit boxes, letters of credit, debts, proceeds from insurance policies or proceeds from letters of credit, receivables, stocks, bonds or other securities, other funds, accounts and/or other obligations and monies or any other funds or property, up to the amount of $1,075,891.41, belonging to, due, or being transferred to, from, or for the benefit of Defendant Global American Transport LLC ("GAT"), including but not limited to such property as may be held received, or transferred in GAT's name, or as may be held received

20512860.v1

or transferred for GAT's benefit at, moving through, or within the possession, custody, or control of the Garnishee named in Plaintiff's Complaint filed November 18, 2022; and said Order being equally applicable with respect to the issuance and service of additional Writs of Maritime Attachment and Garnishment upon any garnishee in this District not named therein; and

IT IS FURTHER ORDERED that all persons claiming any interest in the property attached or garnished pursuant said Order, upon application to the Court, be entitled to a prompt hearing in which Plaintiff shall be required to show why the attachment should not be vacated or further relief granted; and

IT IS FURTHER ORDERED that supplemental process enforcing this Order may be issued by the Clerk upon application without further order of the Court; and

IT IS FURTHER ORDERED that a copy of this Order be attached to and served with the Writ of Maritime Attachment and Garnishment; and

IT IS FURTHER ORDERED that upon service of a copy of the Writ of Maritime Attachment and Garnishment upon a garnishee, the attached property shall not be removed from this District until further order or upon written authorization from Plaintiff's counsel in this action; and

IT IS FURTHER ORDERED that pursuant to Rule B(1)(b)(ii), Steven T. Walsh, local counsel for Plaintiff, is specially appointed to make service of the Writ of Maritime Attachment and Garnishment, along with a copy of the Verified Complaint and other ancillary documents in this action. Steven T. Walsh may further appoint or engage any other person at least 18 years of age and not a party to this action to make service of process in this action without further order from the Court; and

IT IS FURTHER ORDERED that following the initial service by the United States Marshal or other duly-designated process server upon each garnishee, supplemental service of Writ of Maritime Attachment and Garnishment, as well as this Order, may be made by facsimile transmission or e-mail to each garnishee; and

IT IS FURTHER ORDERED that each garnishee may consent in writing to accept service by any other means; and

IT IS FURTHER ORDERED that service on any garnishee as described above is deemed continuous throughout the day from the time of such service through the opening of the garnishee's business on the next business day.

ENTERED at St. Louis, Missouri, this 19th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE

20512860.v1