# EXHIBIT 2



### Addendum dated 23.04.2021

Both parties have agreed to amend the following points of the existing "ALMIRANTE STORNI/GAT Charter Party dd 05.03.2021":

2.
- HEAD OWNERS: MS "PUCON" Schifffahrtsgesellschaft mbh & Co KG
- MANAGERS: NSC Shipping GmbH & Cie. KG

3. new hire payable retro as fm April 19th 2021

4. new period until 15/31st Dec 2021

6. Redel FULL MED/BL SEA excl ADRIATIC and Sea of Azov PICO

7. USD 13300 bss 5% addcom   plus 1.25% for HF-Navigator and 1.25% for NSC Chartering and Transport GmbH

trading and cargo exclusions :

- Yemen / Venezuela to remain excluded

- Georgia / Iceland as long as no ice trade and within I.N.L are allowed

- Sierra leone basis only freetown allowed

- Haiti / Honduras to be discussed case by case

- Cuba ok, provided not falling under US Embargo - to be discussed case by case anyhow

All against extra insurance to be for charts account, if any

Palm kernel expellers: in general ok but charters to send the MSDS for owners prior approval in case they would like to fix the cargo.
If protective clause is required, same to be discussed in that case as well.
++
all other terms and conditions of the current CP dd 05.03.2021 to remain in force

Chicago, June 10, 2021

Global American Transport LLC

NSC Chartering & Transport
HAMBURG
PPA
GmbH &

Crain Communication Building, 28th Floor, 150 North Michigan Avenue, Chicago, Illinois, 60601, USA
Phone: +1 312 3129593 Fax: +1 312 3129593 Email: ops@gatransportllc.com Web: www.gatransportllc.com