# EXHIBIT 3



77 West Wacker Drive, 45th Floor, Chicago, IL, 60601, USA
• Phone: +1 312 312 9593 • Fax: +1 312 312 9593 • Email: ops@gatransportllc.com • Web: www.gatransportllc.com

# Final Hire Statement

| | | |
|---|---|---|
| **C/P Date:** March 5, 2021 | **Delivery:** March 5, 2021 at 17.42 UTC | **Brokers:** HF Nav |
| **Vessel:** m/v Almirante Storni | **Redelivery:** 27th September,2022, 14:42 UTC | **Date:** December 20, 2022 |

**Owners' Bank Details**
**Beneficiary Bank (BB):** Berenberg bank
**Branch:** Hamburg
**IBAN No:**
**SWIFT:**
**Beneficiary Name:** MS Pucon Schiffahrtsgesellschaft mbH * Co KG
**REF:** Almirante Storni Hire

| | | |
|---|---|---:|
| Hire Income 1, From March 5, 2021 at 17.42 GMT to April 19, 2021 at 17.42 GMT or 45 days | | $ 630,000.00 |
| Hire Income 2, From April 19, 2021 at 17.42 GMT to December 04, 2021 at 14.45 GMT or 228.8771 days | | $ 3,044,065.43 |
| Off hire due to failure of Hose Test, Savannah loading of 0.7604167 days | | $ -10,113.54 |
| Off Hire Crane No 4, from Nov 10, at 14.30 to November 16 at 15.40 or 6.04 days | | $ -80,332.00 |
| Hire Income 3, From August 9, 2022 at 20.00 to August 21, 2022 at 11.30 GMT, ARRIVAL AT ALEXANDRIA or 11.6458 days | | $ 154,889.14 |
| Off Hire from Arrival Alexandria 21st Aug'22 , 11:30 GMT to NOR Tender Alexandria 8th Sept'22, 00:00 GMT or 17.52 days | | $ -233,016.00 |
| Hire Income 4, From 8th September'22 00:01 to 15th Sept'22 00:01 GMT , Allowable time for dicharge Alexandria or 7,01 days | | $ 93,233.00 |
| Off Hire for excess time used Alexandria fm 15th Sept'22, 00:01 to 26th Sept'22 23:00 GMT(discharge complete)or 11,96 days | | $ -159,068.00 |
| Hire Income 5, fm 26th September'22 23:00 GMT (discharge complete) to 27th September 14:42 GMT(redelivery) or 0.655 days | | $ 8,711.50 |
| **Gross Hire Income** | | **$ 3,448,369.53** |
| | | |
| Address Commission | 3.75% to Charterers | $ -23,625.00 |
| Address Commission as of April 19, 2021 | 5% to Charterers | $ -140,918.48 |
| **Total Hire Commissions** | | **$ -164,543.48** |
| | | |
| Bunker Value on Delivery, VLSFO | 636,76 mt at US$519 per mt | $ 330,478.44 |
| Bunker Value on Delivery, LSMGO | 77.6 mt at US$605 per mt | $ 46,984.30 |
| **Total Bunkers on Delivery** | | **$ 377,462.74** |
| | | |
| Bunker Value on Redelivery, VLSFO, estimated | 283,19 mt at US$519 per mt | $ -146,975.61 |
| Bunker Value on Redelivery, LSMGO, estimated | 30.8 mt at US$605 per mt | $ -18,634.00 |
| **Total Bunkers on Redelivery** | | **$ -165,609.61** |
| | | |
| **Off Hire Bunkers** | | |
| Off hire Crane No 4: 6,04 days x 3.5 MT LSMGO x US$605 | | $ -12,789.70 |
| Off hire waiting Alexandria: 17,52 days x 2 MT VLSFO x US$519 | | $ -18,185.76 |
| Off Hire excess port stay Alexandria: 11,96 days x 3.5 MT VLSFO x US$519 | | $ -21,725.34 |
| **Total Off Hire Bunkers** | | **$ -52,700.80** |
| | | |
| Victualling/C/V/E | US$1500per month pro rata, less offhire | $ 12,845.37 |
| IILOHC, Invoice 20210007 | | $ 2,500.00 |
| ILOHC | As per c/p | $ 5,000.00 |
| **Operational Expenses** | | **$ 20,345.37** |
| | | |
| **Additional Insurance Premia as per Owners Invoices** | | $ 37,339.29 |
| **SDR repairs, Invoice 20210006** | | $ 736.00 |
| **50% of u/w cleaning Balboa** | | $ 9,795.00 |
| **Owners expenses Orrskar Sweden SEK 92.480.02** | | $ -10,841.74 |
| **Owners' Various Income/Expense** | | **$ 37,028.55** |
| | | |
| **Total Amount due to Owners** | (A) | **$ 3,500,352.31** |
| | | |
| **Total Payments by Charterers** | (B) | **$ -3,697,543.48** |
| | | |
| **BALANCE DUE TO OWNERS** | (A)-(B) | **$ -197,191.17** |