# EXHIBIT 4

|  |  | Owners | Charterers |
|---|---|---|---|
| **As per correspondence of 5 January 2023** |  |  |  |
| Total Amount due to Owners |  | 3,500,352.31 |  |
| Total Amount due to Charterers |  |  | 3,697,543.48 |
|  |  |  |  |
| **Third party Cargo claims** |  |  |  |
| Purchase price paid to WKW (05.10.2022) | 101,040.00 |  |  |
| (842cbm x USD 120 per cbm) |  |  |  |
|  |  |  |  |
| Purchase price paid by El Esraa | 84,200.00 |  |  |
| (842 cbm x USD 100 per cbm) |  |  |  |
|  |  |  |  |
| Net loss | 16,840.00 |  | 16,840.00 |
|  |  |  |  |
| **Storage costs and more:** |  |  |  |
|  |  |  |  |
| Cargo discharged: | 26/09/2022 |  |  |
| Cargo released from port: | 29/11/2022 |  |  |
| Number of days in port: | 65 days |  |  |
|  |  |  |  |
| Barge rental for 65 days | 7,000.00 |  |  |
| (2 barges x USD 80 per day x 65 days) |  |  |  |
|  |  |  |  |
| Port storages fee | 25,000.00 |  |  |
| (60 days x 842 cbm x USD 0,70 cbm/day) |  |  |  |
|  |  |  |  |
| Customs fine for manifest amendment | 885.00 |  |  |
|  |  |  |  |
| Cost of cargo condition survey | 550.00 |  |  |
|  |  |  |  |
| Total storage costs | 33,435.00 |  | 33,435.00 |
|  |  |  |  |
| **Additional DA costs incurred due to prolonged stay etc.** |  |  |  |
|  |  |  |  |
| Port dues + Maritime Ministry fees, of which: |  |  |  |
| Berth dues (12 days) | 5,566.33 |  |  |
| Additional berth days from day 16 | 2,314.56 |  |  |
| Extra Ministry fees (12 days) | 1,380.00 |  |  |
| Costs of sorting mixed cargo | 4,000.00 |  |  |
| Cost of assembling loose cargo | 9,320.00 |  |  |
| Customs fine | 4,165.50 |  |  |
| Add. agency fee | 4,000.00 |  |  |
|  |  |  |  |
| Sum costs | 30,746.39 |  | 30,746.39 |
|  |  |  |  |
| **Off-hire claim due to underperformance of ships cranes** |  |  |  |
|  |  |  |  |
| Total off-hire claim for crane issues: | 8.00 days |  |  |
| Less off-hire claim included in balance as per 5 Jan 2023 | 6.04 days |  |  |
|  |  |  |  |
| Net remaining off-hire claim | 1.960 days |  |  |

|  | Days | Daily hire | Cost |  |  |
|---|---|---|---|---|---|
| Off-hire cost | 1.96 | 13,300.00 | 26,068.00 |  |  |
| Less 3,75% commission |  |  | 977.55 |  |  |
| Sum TC-hire cost |  |  | 25,090.45 |  |  |
| Off-hire bunkers: |  |  |  |  |  |
| 3,5 mts LSMGO x 1.96 days @ USD 605 |  |  | 4,150.30 |  |  |
| Sum of additional off-hire costs |  |  | 29,240.75 |  | **29,240.75** |
|  |  |  |  | **3,500,352.31** | **3,807,805.62** |

**Balance due to Owners**                                                          307,453.31