UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

-------------------------------------------------------------------------x

MS "PUCON" Schifffahrtsgesellschaft mbH & Co. KG

                                       Plaintiff,

-against-                                         Case No.: 4:22-cv-01227

Global American Transport LLC

                                       Defendant.

-------------------------------------------------------------------------x

## MOTION TO DISMISS GLOBAL AMERICAN TRANSPORT LLC'S CLAIM FOR SUPPLEMENTAL RULE E COUNTERSECURITY

NOW COMES Plaintiff/Respondent MS "PUCON" Schifffahrtsgesellschaft mbH & Co. KG ("MS PUCON"), by and through its attorneys, Sandberg Phoenix & Von Gontard P.C. and Zeiler Floyd Zadkovich (US) LLP, and pursuant to Fed. R. Civ. P. Rule 12(b)(6) and Local Rule 4.01(a), moves this Court to dismiss Defendant/Counter-Claimant, Global American Transport LLC's ("GAT") claim for Supplemental Rule E Countersecurity contained in its Original Counterclaim (Dkt. No. 39).

A memorandum in support of this Motion is attached hereto and incorporated herein by reference. For the reasons set forth in its memorandum, MS PUCON respectfully requests a dismissal of GAT's claim for countersecurity pursuant to Supplemental Rule E.

WHEREFORE, Plaintiff/Respondent MS "PUCON" Schifffahrtsgesellschaft mbH & Co. KG. moves this Court to dismiss Defendant/Counter-Claimant, Global American Transport LLC's ("GAT") claim for Supplemental Rule E Countersecurity contained in its Original Counterclaim, with prejudice and without delay, and with costs to be paid by Global American Transport LLC.

1

Dated: April 14, 2023

                              **SANDBERG PHOENIX & von GONTARD P.C.**

                        By:    */Steven T. Walsh*
                        Steven T. Walsh, #59546
                        Timothy B. Niedbalski, #59968
                        600 Washington Avenue - 15th Floor
                        St. Louis, MO 63101-1313
                        314-231-3332
                        314-241-7604 (Fax)
                        swalsh@sandbergphoenix.com
                        tniedbalski@sandbergphoenix.com

Edward W. Floyd
Luke Zadkovich
Eva-Maria Mayer
**ZEILER FLOYD ZADKOVICH (US) LLP**
33 East 33rd Street, Suite 905
New York, NY 10016
*Attorneys for Plaintiff/Respondent*
luke.zadkovich@zeilerfloydzad.com
ed.floyd@zeilerfloydzad.com
eva.mayer@zeilerfloydzad.com
(617) 943 7957

(*Pro hac vice filing forth coming*)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 14th day of April 2023.

*/Steven T. Walsh*
Steven T. Walsh