IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MS "PUCON" Schifffahrtsgesellschaft mbH & Co. KG, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| Global American Transport LLC, | ) ) ) |
| Defendant. | ) |

Case No. 4:22-cv-01227

## BMO HARRIS BANK, N.A.'S RESPONSE TO DEFENDANT GLOBAL AMERICAN TRANSPORT LLC'S MOTION TO DEPOSIT FUNDS HELD BY GARNISHEE INTO THE REGISTRY OF THE COURT AND STAY THE ACTION PENDING ARBITRATION

Garnishee BMO Harris Bank, N.A. ("BMO") does not oppose Defendant's request to deposit the subject funds into the Court's registry. BMO takes no position on the other issues in Defendant's Motion (ECF No. 52), or any other request for relief.

Dated: May 9, 2023

Respectfully submitted,

**STINSON LLP**

*/s/ Andrew J. Scavotto*
Andrew J. Scavotto, #MO57826
7700 Forsyth Blvd., Suite 1100
St. Louis Missouri 63105
Telephone: (314) 863-0800
Facsimile: (314) 863-9388
andrew.scavotto@stinson.com

***Attorneys for BMO Harris Bank, N.A.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on all attorneys of record via the Court's electronic filing system this 9th day of May, 2023.

*/s/ Andrew J. Scavotto*
***Attorneys for BMO Harris Bank, N.A.***
