**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

---------------------------------------------------------------------------x

MS "PUCON" Schifffahrtsgesellschaft mbH & Co. KG

                              **Plaintiff,**

    -against-                                                      Case No.: 4:22-cv-01227

Global American Transport LLC

                              **Defendant.**

---------------------------------------------------------------------------x

### PLAINTIFF'S JOINDER TO DEFENDANT'S MOTION TO DEPOSIT FUNDS HELD BY GARNISHEE INTO THE REGISTRY OF THE COURT AND PARTIAL JOINDER TO DEFENDANT'S MOTION TO STAY THE ACTION PENDING ARBITRATION

       Plaintiff MS "PUCON" Schifffahrtsgesellschaft mbH & Co. KG ("MS PUCON"), by and through its attorneys, Sandberg Phoenix & Von Gontard P.C. and Zeiler Floyd Zadkovich (US) LLP, and pursuant to Local Rule 4.01(b), respectfully submits this memorandum in response to Defendant Global American Transport LLC's ("GAT") Motion to Deposit Funds held by Garnishee into the Registry of the Court and Stay the Action pending arbitration (Dkt. No. 52).

### DEFENDANT'S MOTION TO DEPOSIT FUNDS HELD BY GARNISHEE INTO THE REGISTRY OF THE COURT

       MS PUCON joins GAT's motion for an Order of the Court directing that the USD 2,120.35 held by Garnishee BMO Harris Bank, N.A. (the "Garnished Funds") to be deposited into the Registry of the Court in accordance with Local Rule 13.04(a).

## DEFENDANT'S MOTION TO STAY ACTION PENDING ARBITRATION

MS PUCON does not object to GAT's request to stay the proceedings. MS PUCON, however, respectfully requests that this stay not be effective until such time as the Garnished Funds have been deposited into the registry of the Court. Further, MS PUCON respectfully requests that such order granting a stay of the action pending arbitration, permit leave to vacate in the event of changed circumstances.

Dated: May 12, 2023

**SANDBERG PHOENIX & von GONTARD P.C.**

By: _/s/Steven T. Walsh_
Steven T. Walsh, #59546
Timothy B. Niedbalski, #59968
600 Washington Avenue - 15th Floor
St. Louis, MO 63101-1313
314-231-3332
314-241-7604 (Fax)
swalsh@sandbergphoenix.com
tniedbalski@sandbergphoenix.com

**ZEILER FLOYD ZADKOVICH (US) LLP**
Luke Zadkovich
Edward W. Floyd
Eva-Maria Mayer
33 East 33rd Street, Suite 905
New York, NY 10016
*Attorneys for Plaintiff/Respondent*
luke.zadkovich@zeilerfloydzad.com
ed.floyd@zeilerfloydzad.com
eva.mayer@zeilerfloydzad.com
(617) 943 7957

(*Pro hac vice filing forth coming*)

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 12th day of May 2023.

                                                            _____*/s/Steven T. Walsh*_____
                                                                             Steven T. Walsh