UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MS "PUCON" SCHIFFFAHRTSGESELLSCHAFT MBH & CO. KG,<br><br>    Plaintiff,<br><br>v.<br><br>GLOBAL AMERICAN TRANSPORT LLC,<br><br>    Defendant. | No. 4:22 CV 1227 RWS |

## ORDER RE DEPOSIT OF FUNDS HELD BY GARNISHEE

In accordance with my Order granting Defendant Global American Transport LLC's motion to deposit the funds held by Garnishee BMO Harris Bank, N.A. into the registry of the Court,

**IT IS HEREBY ORDERED** that the Clerk of Court shall accept cash, a cashier's check, or a certified check in the amount of **$2,120.35**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall deposit the funds into the registry of the Court and, as soon as practicable, into the interest-bearing Court Registry Investment System ("CRIS") administered by the Administrative Office of the United States Courts pursuant to 28 U.S.C. § 2045.

**IT IS FURTHER ORDERED** that an investment-services fee for the management of investments in the CRIS and a registry fee for maintaining accounts deposited with the Court shall be deducted from the funds prior to any distribution.

**IT IS FURTHER ORDERED** that the funds shall remain in the interest-bearing CRIS until further order of the Court at which time the funds, together with interest thereon, shall be retrieved by the Clerk of Court and re-deposited into the registry of the Court.

**IT IS FURTHER ORDERED** that withdrawal and disbursement of the funds shall be made only upon further order of the Court after due notice and an opportunity for the parties to be heard.

**IT IS FURTHER ORDERED** that it shall be counsel's responsibility to confirm that any action of the Clerk of Court by this Order has been performed.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 8th day of June 2023.