UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MS "PUCON" SCHIFFFAHRTSGESELLSCHAFT MBH & CO. KG, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) No. 4:22 CV 1227 RWS |
| GLOBAL AMERICAN TRANSPORT LLC, | ) ) |
| Defendant. | ) |

## **ORDER**

In accordance with my June 8, 2023, Order granting Defendant Global American Transport LLC's motion to stay this case pending the parties' arbitration,

**IT IS HEREBY ORDERED** that this case is **STAYED** pending the parties' arbitration.

**IT IS FURTHER ORDERED** that this case shall remain stayed until further order of the Court.

**IT IS FURTHER ORDERED** that the parties shall provide a joint status report on the status of their arbitration no later than 180 days from the date of this Order and every 180 days thereafter.

**IT IS FURTHER ORDERED** that the parties shall file a joint status report and/or a motion to lift the stay of this case within 30 days of the conclusion of their arbitration.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 5th day of July 2023.