

**Steven T. Walsh**
*Shareholder*

701 Market Street, Suite 600
St. Louis, MO  63101
Tel:  314.446.4360
Fax:  314.241.7604
swalsh@sandbergphoenix.com
www.sandbergphoenix.com

July 1, 2024

Judge Rodney W. Sippel
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
St. Louis, MO 63102

    **Re:**    **MS "PUCON" Schifffahrtsgesellschaft mbH & Co. KG v. Global American Transport LLC**
            **Case No.: 4:22-cv-01227**

Dear Judge Sippel:

    We represent Plaintiff MS "PUCON" SCHIFFFAHRTSGESELLSCHAFT ) MBH & CO. KG (MS PUCON) and write jointly with Christine Anderson Esq., counsel for Defendant Global American Transport LLC (GAT) (collectively referred to as the "Parties"), to provide this Court with an update on the status of the arbitration proceedings evert 180 days in accordance with Your Honor's July 5, 2023 Order (Dkt. 59).

    The Parties report that the arbitration proceedings are ongoing.  Further, the Parties are also still negotiating the terms of the security and counter-security, for the claims subject to the arbitration. We will continue to keep this Court apprised of developments or any changes in status regarding the arbitration.

    We thank the Court for its consideration of the foregoing.

                                          Yours very truly,

                                          */s/Steven T. Walsh*

                                          Steven T. Walsh

STW:bmb

26083831.v1