

Steven T. Walsh
*Shareholder*

701 Market Street, Suite 600
St. Louis, MO 63101-1826
Tel: 314.446.4360
Fax: 314.241.7604
swalsh@sandbergphoenix.com
www.sandbergphoenix.com

July 3, 2025

Judge Rodney W. Sippel
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
St. Louis, MO 63102

   Re: **MS "PUCON" Schifffahrtsgesellschaft mbH & Co. KG v. Global American Transport LLC**
     **Case No.: 4:22-cv-01227**

Dear Judge Sippel:

  We represent Plaintiff MS "PUCON" SCHIFFFAHRTSGESELLSCHAFT ) MBH & CO. KG (MS PUCON) and write jointly with Christine Anderson Esq., counsel for Defendant Global American Transport LLC (GAT) (collectively referred to as the "Parties"), to provide this Court with an update on the status of the arbitration proceedings every180 days in accordance with Your Honor's July 5, 2023 Order (Dkt. 59).

  The underlying arbitration in the United Kingdon is still ongoing, with the next step being exchange of case management questionnaires. Ms. Pucon is still seeking security from GAT and are awaiting further input from them, however this has not yet progressed further. We will continue to keep this Court apprised of developments or any changes in status regarding the arbitration.

  We thank the Court for its consideration of the foregoing.

              Yours very truly,

              Steven T. Walsh

STW

40335450.v1